NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**ECOFACTOR, INC.,**
*Cross-Appellant*

---

2023-1414, 2023-1429

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00982.

---

## JUDGMENT

---

MATTHEW A. SMITH, Smith Baluch LLP, Washington, DC, argued for appellant. Also represented by ELIZABETH LAUGHTON.

JAMES PICKENS, Russ August & Kabat, Los Angeles, CA, argued for cross-appellant. Also represented by KRISTOPHER DAVIS, REZA MIRZAIE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2024
Date

Jarrett B. Perlow
Clerk of Court